ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7298
      FAX: (415) 436-6748
      Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARZIEH MOGHNI MAJORS,<br><br>               Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), *et al.*<br><br>               Defendants. | C 3:23-cv-03322 LJC<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

     The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until February 20, 2024. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

     Plaintiff filed this mandamus action seeking adjudication of their Form I-589, Application for Asylum and for Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") has scheduled the asylum interview to take place on October 23, 2023, and it agrees to work diligently towards completing adjudication of Plaintiff's petition, absent the need for further adjudicative action or unforeseen circumstances that would require additional time for adjudication.

1    Upon receipt of USCIS' decision, Plaintiff agrees to voluntarily dismiss this case and, in that

2  event, the parties agree to bear their own attorney's fees and costs.  Accordingly, the parties stipulate and

3  request that the proceedings in this case be stayed until February 20, 2024, at which time the parties will

4  file a joint status report with the Court. At that time, the parties may request a further continuance of the

5
6  stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the

7  Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's

8  resources while the parties pursue a potential administrative resolution.

9

10  Dated: September 15, 2023                    Respectfully submitted[i],

11                                              ISMAIL J. RAMSEY
                                                United States Attorney
12

13                                              /s/ Elizabeth Kurlan
                                                ELIZABETH D. KURLAN
14                                              Assistant United States Attorney
                                                Attorneys for Defendant
15

16  Dated: September 15, 2023

17                                              /s/ Arash Yasrebi
                                                ARASH YASREBI
18                                              Yasrebi Law
                                                Attorney for Plaintiffs
19

20                                   **ORDER**

21      Pursuant to stipulation, IT IS SO ORDERED.

22

23

24
   Date: September 15, 2023
25
                                                HON. LISA J. CISNEROS
26                                              United States Magistrate Judge

27  [i]  In accordance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories
   listed below concur in the filing of this document.
28
   Stip to Stay Proceedings
   C 3:23-cv-03322 LJC                          2